3315 (4/18/95) CCG 0015
**Memorandum of Judgment**
===========================

| IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION<br><br>ENTERTAINMENT BY J&J, INC.,<br>       Plaintiff,<br><br>v.<br><br>BUD'S SPORT PLACE IV d/b/a BUD'S and JOHN GRABOWSKI and PARKER GRABOWSKI,<br><br>       Defendants. | Recorder's Stamp |
|---|---|

No. 01 C 6686

### MEMORANDUM OF JUDGMENT

On __March 19__, 20__05__, judgment was entered in this Court in favor of the plaintiff __ENTERTAINMENT BY J & J, INC.__

and against defendants __BUD'S SPORT PLACE IV, INC. d/b/a BUD'S and JOHN GRABOWKSI and PARKER GRABOWSKI__

whose address is: __1033 Forest Trail, Sugar Grove, IL 60554 -- PIN #14-03-478-015__

in the amount of $ __118,769.00__ .

_____
Judge Robert W. Gettleman

Name    Jennifer M. Bode, Coston & Rademacher
Attorney for Judgment Plaintiff
Address   407 S. Dearborn, Suite 600
City    Chicago, Illinois 60605
Telephone 312/427-1930

**FILED**
AUG - 8 2005
AUG 8 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CLERK OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS